JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENRIQUE MIRANDA ORTIZ,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 2:26-cv-09473-SP<br><br>**JUDGMENT** |

Pursuant to the Memorandum Opinion and Order Denying Petition filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is denied with prejudice.

Dated: November 19, 2026

SHERI PYM
United States Magistrate Judge